**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | | |
|---|---|---|
| In re:    Castle Academy Inc | § | Case No. 1:19-bk-15110 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ANDREW SKLAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,600.00 *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants:  $398,043.25 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $107,506.75 | |

3) Total gross receipts of $505,550.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $505,550.00 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 559,506.59 | 422,809.82 | 383,172.07 | 383,172.07 |
| PRIORITY CLAIMS |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 107,506.75 | 107,506.75 | 107,506.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 508,394.21 | 753,127.00 | 682,349.89 | 14,871.18 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 183,887.95 | 251,828.79 | 251,828.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | **$1,251,788.75** | **$1,535,272.36** | **$1,424,857.50** | **$505,550.00** |

4) This case was originally filed under Chapter 7 on 03/13/2019. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/10/2021      By: /s/ ANDREW SKLAR
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| 500 CLEMENTS BRIDGE ROAD, BARRINGTON, NJ | 1110-000 | 500,000.00 |
| Deposit forfeit by 310 Haddon, LLC | 1249-000 | 5,000.00 |
| REFUND FROM ROYAL FITNESS FOR USE GYM | 1290-000 | 550.00 |
| **TOTAL GROSS RECEIPTS** | | **$505,550.00** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Borough of Barrington | 4110-000 | 10,597.16 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CCMUA | 4110-000 | 8,085.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CCTS, LLC | 4110-000 | 4,420.59 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 458,353.71 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NJ Div Of Taxation-Bankruptcy Unit | 4110-000 | 64,606.82 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Bank of New York Mellon | 4110-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | US Bank, Custodian (TLSG) | 4110-000 | 13,442.86 | 0.00 | 0.00 | 0.00 |
| | PHH MORTGAGE SERVICE | 4110-000 | N/A | 354,014.75 | 354,014.75 | 354,014.75 |
| | CCMUA | 4120-000 | N/A | 19,281.98 | 19,281.98 | 19,281.98 |
| | SEWER CHARGES | 4120-000 | N/A | 1,014.04 | 1,014.04 | 1,014.04 |
| 19 | BARRINGTON BOARD OF EDUCATION | 4210-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | STATE OF NEW JERSEY | 4800-000 | 0.00 | 48,499.05 | 8,861.30 | 8,861.30 |
| **TOTAL SECURED CLAIMS** | | | **$559,506.59** | **$422,809.82** | **$383,172.07** | **$383,172.07** |

## EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW SKLAR | 2100-000 | N/A | 28,527.50 | 28,527.50 | 28,527.50 |
| ANDREW SKLAR | 2200-000 | N/A | 8,157.83 | 8,157.83 | 8,157.83 |
| Sharer, Petree, Botz & Snyder | 3410-000 | N/A | 22,874.50 | 22,874.50 | 22,874.50 |
| Sharer, Petree, Botz & Snyder | 3420-000 | N/A | 66.90 | 66.90 | 66.90 |
| International Sureties, LTD. | 2300-000 | N/A | 122.09 | 122.09 | 122.09 |
| Property Maintenance | 2420-000 | N/A | 1,397.30 | 1,397.30 | 1,397.30 |
| CLOSING COSTS | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Metropolitan Commercial Bank | 2600-000 | N/A | 20.00 | 20.00 | 20.00 |
| Signature Bank | 2600-000 | N/A | 672.86 | 672.86 | 672.86 |
| PAYCHEX | 2990-000 | N/A | 388.00 | 388.00 | 388.00 |
| Sklar Law, LLC | 3110-000 | N/A | 1,605.00 | 1,605.00 | 1,605.00 |
| Sklar Law, LLC | 3110-000 | N/A | 12,457.50 | 12,457.50 | 12,457.50 |
| Sklar Law, LLC | 3120-000 | N/A | 375.40 | 375.40 | 375.40 |
| Sklar Law, LLC | 3120-000 | N/A | 16.87 | 16.87 | 16.87 |
| STATE OF NEW JERSEY - CBT | 2820-000 | N/A | 750.00 | 750.00 | 750.00 |
| Feinberg & McBurney Realty Dev LLC | 3510-000 | N/A | 30,000.00 | 30,000.00 | 30,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$107,506.75** | **$107,506.75** | **$107,506.75** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service (Federal Withholding Ee) | 5300-000 | N/A | 9,807.21 | 9,807.21 | 4,409.29 |
| | Internal Revenue Service (FICA Ee) | 5300-000 | N/A | 2,763.85 | 2,763.85 | 0.00 |
| | Internal Revenue Service (Medicare Ee) | 5300-000 | N/A | 646.37 | 646.37 | 0.00 |
| | NJ Department of Labor & Workforce Development (NJ U/I Ee) | 5300-000 | N/A | 523.80 | 523.80 | 174.74 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | NJ Division of Taxation (NJ Ee) | 5300-000 | N/A | 668.67 | 668.67 | 223.07 |
| | Internal Revenue Service (FICA Er) | 5800-000 | N/A | 2,763.85 | 2,763.85 | 0.00 |
| | Internal Revenue Service (FUTA Er) | 5800-000 | N/A | 267.47 | 267.47 | 0.00 |
| | Internal Revenue Service (Medicare Er) | 5800-000 | N/A | 646.37 | 646.37 | 0.00 |
| | NJ Department of Labor & Workforce Development (NJ DUI Er) | 5800-000 | N/A | 222.89 | 222.89 | 0.00 |
| | NJ Department of Labor & Workforce Development (NJ SUI Er) | 5800-000 | N/A | 2,407.23 | 2,407.23 | 0.00 |
| 1-3 | INTERNAL REVENUE SERVICE | 5800-000 | 458,353.71 | 421,006.91 | 421,006.91 | 0.00 |
| 1-3 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 91,006.99 | 91,006.99 | 0.00 |
| 3 | THE AFFILIATED PHYSICIANS | 5400-000 | 0.00 | 5,123.33 | 0.00 | 0.00 |
| 4 | JEN CROWLEY | 5300-000 | 2,998.00 | 3,335.00 | 2,256.96 | 752.92 |
| 5 | BARBARA OLSON | 5300-000 | 0.00 | 4,312.88 | 0.00 | 0.00 |
| 7 | ALEX COLELLA | 5300-000 | 6,001.00 | 8,970.00 | 4,243.23 | 1,415.53 |
| 8 | STATE OF NEW JERSEY | 5800-000 | 0.00 | 20,464.38 | 60,102.13 | 0.00 |
| 9 | KATE SCOTT | 5300-000 | 1,733.54 | 2,898.25 | 1,173.17 | 391.37 |
| 10 | AMY WEAKS | 5300-000 | 4,546.48 | 6,300.00 | 3,076.83 | 1,026.42 |
| 12 | DEBORAH ENNIS | 5300-000 | 0.00 | 12,000.00 | 2,918.74 | 973.68 |
| 13 | KAREN PEREZ | 5300-000 | 3,345.15 | 3,220.00 | 2,179.13 | 726.95 |
| 14 | CHRISTINE GALIAZZI | 5300-000 | 0.00 | 4,352.75 | 0.00 | 0.00 |
| 15 | MIA GALIAZZI | 5300-000 | 0.00 | 587.73 | 0.00 | 0.00 |
| 16 | STATE OF NEW JERSEY | 5800-000 | 0.00 | 65,546.62 | 0.00 | 0.00 |
| 17 | SANDRA DICAPRIO | 5300-000 | 2,237.68 | 2,990.00 | 2,023.49 | 675.03 |
| 18 | JESSIE LIBERATORE-MAGUIRE | 5300-000 | 3,597.75 | 3,950.00 | 2,673.17 | 891.76 |
| 21 | NATALIE CHEMETS | 5600-000 | 0.00 | 3,025.00 | 3,025.00 | 0.00 |
| 22 | NILS JOAKIM BJUNOE | 5600-000 | 0.00 | 3,025.00 | 3,025.00 | 0.00 |
| 23 | KRYSTAL KUNI | 5600-000 | 1,584.00 | 2,046.20 | 2,046.20 | 0.00 |
| 25 | PATRICIA MARTIN | 5300-000 | 5,523.70 | 8,300.00 | 3,738.17 | 1,247.04 |
| 26 | THE AFFILIATED PHYSICIANS | 5400-000 | 0.00 | 5,123.33 | 5,123.33 | 0.00 |
| 27 | STATE OF NEW JERSEY | 5800-000 | 0.00 | 46,128.27 | 46,128.27 | 0.00 |
| 29 | DEBORAH ENNIS | 5300-000 | N/A | 0.00 | 0.00 | 0.00 |
| 30 | Jade Berry | 5300-000 | 4,196.65 | 4,196.65 | 2,840.09 | 947.45 |
| 31 | Maria Knapp | 5300-000 | 3,345.15 | 4,500.00 | 3,045.37 | 1,015.93 |
| NOTFILED | Audrey Ceropin | 5600-000 | 810.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dr. Natalie and Ivan Chernets | 5600-000 | 1,247.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Joakim and Susanna Bjunoe | 5600-000 | 2,138.40 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Joakim and Susanna Bjunoe | 5600-000 | 2,138.40 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Ken Krupinski | 5600-000 | 2,376.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Matalin Yeung | 5600-000 | 637.20 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Tonya Swales | 5600-000 | 1,584.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NJ Div Of Taxation-Bankruptcy Unit | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$508,394.21** | **$753,127.00** | **$682,349.89** | **$14,871.18** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-3 | INTERNAL REVENUE SERVICE | 7300-000 | 55,962.50 | 84,407.57 | 84,407.57 | 0.00 |
| 2 | LARRAINE LEWIS | 7100-000 | 4,741.38 | 5,104.85 | 5,104.85 | 0.00 |
| 5 | BARBARA OLSON | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| 6 | KARI & STEVE WSZOLEK | 7100-000 | 239.94 | 1,746.74 | 1,746.74 | 0.00 |
| 8 | STATE OF NEW JERSEY | 7100-000 | 0.00 | 8,611.64 | 8,611.64 | 0.00 |
| 11 | FUNDRAISE 21, INC. DBA FUNDRAISING MANAGER.COM | 7100-000 | 3,696.80 | 3,519.00 | 3,519.00 | 0.00 |
| 20 | DAVE HANN | 7100-000 | 60,000.00 | 60,000.00 | 60,000.00 | 0.00 |
| 21 | NATALIE CHEMETS | 7100-000 | 0.00 | 10,477.70 | 10,477.70 | 0.00 |
| 22 | NILS JOAKIM BJUNOE | 7100-000 | 0.00 | 7,092.14 | 7,092.14 | 0.00 |
| 24 | HELEN JACKSON | 7100-000 | 0.00 | 21,151.00 | 21,151.00 | 0.00 |
| 27 | STATE OF NEW JERSEY | 7100-000 | 0.00 | 26,283.15 | 26,283.15 | 0.00 |
| 28 | FIRE SPRINKLER SERVICE, INC. | 7200-000 | 0.00 | 23,435.00 | 23,435.00 | 0.00 |
| NOTFILED | Barrington School District | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Dr. Natalie and Ivan Chernets | 7100-000 | 7,858.92 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Gibraltar Construction Corporation | 7100-000 | 23,823.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Joakim and Susanna Bjunoe | 7100-000 | 4,399.42 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kenneth and Barbara Willson | 7100-000 | 4,741.38 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Kimberly Billington | 7100-000 | 2,844.83 | 0.00 | 0.00 | 0.00 |
| NOTFILED | NetCarrier Telecom | 7100-000 | 6,938.45 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Paychex of New York, LLC | 7100-000 | 1,018.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | PSE&G | 7100-000 | 2,500.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | The Affiliated Physicians and Employers Health Plan | 7100-000 | 5,123.33 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$183,887.95** | **$251,828.79** | **$251,828.79** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case Number: | 19-15110 JNP | Trustee: | ANDREW SKLAR |
|---|---|---|---|
| Case Name: | Castle Academy Inc | Filed (f) or Converted (c): | 03/13/19 (f) |
| | | §341(a) Meeting Date: | 04/15/19 |
| Period Ending: | 11/10/21 | Claims Bar Date: | 06/18/19 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 500 CLEMENTS BRIDGE ROAD, BARRINGTON, NJ  TR retained RE agent to market property for sale - 12/30/20 - TR closed on sale of property. | 1,085,000.00 | 340,493.41 | | 500,000.00 | FA |
| 2 | CHECKING ACCOUNT AT TD BANK, X0708  TR wrote to Bank to see if any funds; close acct and turnover. Acct closed with negative balance | 0.00 | 0.00 | | 0.00 | FA |
| 3 | DOMAIN NAME-NO LONGER ACTIVE-NO VALUE. | 0.00 | 0.00 | | 0.00 | FA |
| 4 | DESKS, TABLES, CHAIRS.  Items to be include with sale of Real Estate | 400.00 | 400.00 | | 0.00 | FA |
| 5 | FILING CABINET(S).  Items to be include with sale of Real Estate | 200.00 | 200.00 | | 0.00 | FA |
| 6 | 20 IMAC DESKTOP COMPUTERS, 40 IPADS, 1 PHOTOCOPI  Items to be include with sale of Real Estate | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | LIST OF STUDENTS-NOT MARKETABLE- NO VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 8 | REFUND FROM ROYAL FITNESS FOR USE GYM (u)  Refund of monies paid in advance for use of gym by students of Debtor | 550.00 | 550.00 | | 550.00 | FA |
| 9 | Deposit forfeit by 310 Haddon, LLC (u)  11/6/2020 TR Filed NOM Terminate Agreement of Sale, Turnover Deposit and Related Relief due to failure to consummate purchase of Debtor's real property- Docket #43. 12/8/20 - TR resolved NOM - 310 Haddon LLC agreed to forfeiture of deposit & NOM w/d - Docket #53 | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | | $1,092,150.00 | $347,643.41 | | $505,550.00 | $0.00 |

**Major activities affecting case closing:**
TFR: 7/13/2021
TFR APPROVAL: 8/6/21
FINAL MTG: 9/16/21
TDR: 11/10/21
TDR APPROVAL: PENDING

**Initial Projected Date of Final Report (TFR):** April 20, 2021      **Current Projected Date of Final Report (TFR):** July 13, 2021 (Actual)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| November 10, 2021 | /s/ ANDREW SKLAR |
|---|---|
| Date | ANDREW SKLAR |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
| --- | --- | --- | --- | --- |
| Case Name: | Castle Academy Inc | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9266 - Checking Account |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/09/19 | Asset #8 | ROYAL FITNESS | REFUND OF MONIES PAID IN ADVANCE FOR USE OF GYM BY STUDENTS | 1290-000 | 550.00 | | 550.00 |
| 06/12/19 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 550.00 | 0.00 |
| | | | **ACCOUNT TOTALS**<br>Less: Bank Transfers | | 550.00<br>0.00 | 550.00<br>550.00 | $0.00 |
| | | | **Subtotal**<br>Less: Payment to Debtors | | 550.00 | 0.00<br>0.00 | |
| | | | **NET Receipts / Disbursements** | | **$550.00** | **$0.00** | |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | Trustee: | ANDREW SKLAR |
|---|---|---|---|
| Case Name: | Castle Academy Inc | Bank Name: | United Bank |
| | | Account: | ********1389 - Checking Account |
| Taxpayer ID#: | **-***8268 | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/19 | | Transfer from 0061 to 1389 | Transfer from 0061 to 1389 | 9999-000 | 550.00 | | 550.00 |
| 12/11/19 | | Transfer from 1389 to 0985 | Transfer from 1389 to 0985 | 9999-000 | | 550.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 550.00 | 550.00 | $0.00 |
| Less: Bank Transfers | 550.00 | 550.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
| --- | --- | --- | --- | --- |
| Case Name: | Castle Academy Inc | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******8768 - Checking Account |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/11/19 | | Transfer from 4083 to 8768 | Transfer from 4083 to 8768 | 9999-000 | 550.00 | | 550.00 |
| 01/14/20 | 20101 | PAYCHEX | 2019 W2s - CLIENT ID# 13058679 | 2990-000 | | 388.00 | 162.00 |
| 02/10/20 | 20102 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2020 FOR CASE #19-15110, Bond #016026385 for 1/1/2020 | 2300-000 | | 0.06 | 161.94 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 156.94 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 151.94 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 146.94 |
| 06/17/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 141.94 |
| 06/17/20 | | Metropolitan Commercial Bank | Account Closeout Transfer Adjustment | 9999-000 | | 141.94 | 0.00 |

|  | | |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 550.00 | 550.00 | $0.00 |
| Less: Bank Transfers | 550.00 | 141.94 | |
| **Subtotal** | 0.00 | 408.06 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$408.06** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
|---|---|---|---|---|
| Case Name: | Castle Academy Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******3175 - Checking |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/17/20 | | Signature Bank | Account Opening Deposit Adjustment | | 9999-000 | 141.94 | | 141.94 |
| 12/15/20 | Asset #9 | Brennan Commercial Abstract, LLC | Deposit Forfeit | | 1249-000 | 5,000.00 | | 5,141.94 |
| 12/30/20 | | CORE TITLE LLC | Sale Proceeds - purchase RE | | | 94,216.93 | | 99,358.87 |
| 12/30/20 | Asset #1 | CORE TITLE LLC | RE Proceeds - Order Authorizing Sale 12/8/20- Docket #52 | 500,000.00 | 1110-000 | | | 99,358.87 |
| 12/30/20 | | Feinberg & McBurney Realty Dev LLC | RE Commission PD at closing per 12/8/20 Order Authorizing Sale - Docket #52 | -30,000.00 | 3510-000 | | | 99,358.87 |
| 12/30/20 | | CCMUA | Line 1308 CCMUA | -19,281.98 | 4120-000 | | | 99,358.87 |
| 12/30/20 | | CLOSING COSTS | Line 1206 - Release Settlement Systems | -75.00 | 2500-000 | | | 99,358.87 |
| 12/30/20 | | SEWER CHARGES | Line 1306 - Sewer Charges | -1,014.04 | 4120-000 | | | 99,358.87 |
| 12/30/20 | | PHH MORTGAGE SERVICE | Line 504. Mortgage Payoff | -354,014.75 | 4110-000 | | | 99,358.87 |
| 12/30/20 | | Property Maintenance | Line 1307 Property Maintenance | -1,397.30 | 2420-000 | | | 99,358.87 |
| 12/31/20 | | Signature Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 99,353.87 |
| 01/05/21 | 30001 | STATE OF NEW JERSEY | Per consent order dated 6/26/2020 | | 4800-000 | | 8,861.30 | 90,492.57 |

# Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 19-15110 JNP | **Trustee:** | ANDREW SKLAR |
|---|---|---|---|
| **Case Name:** | Castle Academy Inc | **Bank Name:** | Signature Bank |
| | | **Account:** | ******3175 - Checking |
| **Taxpayer ID#:** | **-***8268 | **Blanket Bond:** | $29,766,019.00 (per case limit) |
| **Period Ending:** | 11/10/21 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/21 | 30002 | International Sureties, LTD. | Bond # 016025385<br>TERM: 01/01/21 to 01/01/22 | 2300-000 | | 122.03 | 90,370.54 |
| 01/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 153.90 | 90,216.64 |
| 02/19/21 | 30003 | Sklar Law, LLC | 2/19/21 - Order allowing fees & expenses - Docket #83 | 3110-000 | | 12,457.50 | 77,759.14 |
| 02/19/21 | 30004 | Sklar Law, LLC | Order allowing fees & expenses 2/19/2021 - Docket #83 | 3120-000 | | 375.40 | 77,383.74 |
| 02/26/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 135.00 | 77,248.74 |
| 03/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 140.33 | 77,108.41 |
| 04/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 123.59 | 76,984.82 |
| 05/06/21 | 30005 | STATE OF NEW JERSEY - CBT | Fed ID #22-3698268<br>Tax year 2019 | 2820-000 | | 375.00 | 76,609.82 |
| 05/06/21 | 30006 | STATE OF NEW JERSEY - CBT | Fed ID #22-3698268<br>Tax year 2020 | 2820-000 | | 375.00 | 76,234.82 |
| 05/28/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 115.04 | 76,119.78 |
| 06/21/21 | 30007 | Sharer, Petree, Botz & Snyder | Per order dated 6/17/2021 | 3410-000 | | 22,874.50 | 53,245.28 |
| 06/21/21 | 30008 | Sharer, Petree, Botz & Snyder | per order dated 6/17/2021 | 3420-000 | | 66.90 | 53,178.38 |
| 09/16/21 | | To Account# XXXXXX0729 | Transfer into tax escrow account | 9999-000 | | 4,409.29 | 48,769.09 |

Page: 6

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
|---|---|---|---|---|
| Case Name: | Castle Academy Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******3175 - Checking |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/17/21 | | From Account# XXXXXX0729 | transfer tax money back to main account for distribution purposes - checks will be voided and then returned to escrow account for payment to IRS | 9999-000 | 4,409.29 | | 53,178.38 |
| 09/17/21 | 30009 | Sklar Law, LLC | Atty for TR 2nd and Final Fee App - Filed 5/21/21 - Docket #113<br>7/1/2021 - Order allowing fees & expenses - Docket #117 | 3110-000 | | 1,605.00 | 51,573.38 |
| 09/17/21 | 30010 | Sklar Law, LLC | Atty for TR Final Expenses | 3120-000 | | 16.87 | 51,556.51 |
| 09/17/21 | 30011 | ANDREW SKLAR | TRUSTEE COMP | 2100-000 | | 28,527.50 | 23,029.01 |
| 09/17/21 | 30012 | ANDREW SKLAR | TRUSTEE EXPENSES | 2200-000 | | 8,157.83 | 14,871.18 |
| 09/17/21 | 30013 | Internal Revenue Service (Federal Withholding Ee) | Dividend of 33.359721389%. ; Voided on 09/17/2021 | 5300-003 | | 3,271.65 | 11,599.53 |
| 09/17/21 | 30013 | Internal Revenue Service (Federal Withholding Ee) | Dividend of 33.359721389%. ; Voided: Check issued on 09/17/2021 | 5300-003 | | -3,271.65 | 14,871.18 |
| 09/17/21 | 30014 | Internal Revenue Service (FICA Ee) | Dividend of 33.359721389%. ; Voided on 09/17/2021 | 5300-003 | | 922.01 | 13,949.17 |
| 09/17/21 | 30014 | Internal Revenue Service (FICA Ee) | Dividend of 33.359721389%. ; Voided: Check issued on 09/17/2021 | 5300-003 | | -922.01 | 14,871.18 |
| 09/17/21 | 30015 | Internal Revenue Service (Medicare Ee) | Dividend of 33.359721389%. ; Voided on 09/17/2021 | 5300-003 | | 215.63 | 14,655.55 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
|---|---|---|---|---|
| Case Name: | Castle Academy Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******3175 - Checking |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/17/21 | 30015 | Internal Revenue Service (Medicare Ee) | Dividend of 33.359721389%. ; Voided: Check issued on 09/17/2021 | 5300-003 | | -215.63 | 14,871.18 |
| 09/17/21 | 30016 | NJ Department of Labor & Workforce Development (NJ U/I Ee) | Dividend of 33.359721389%. | 5300-000 | | 174.74 | 14,696.44 |
| 09/17/21 | 30017 | NJ Division of Taxation (NJ Ee) | Dividend of 33.359721389%. | 5300-000 | | 223.07 | 14,473.37 |
| 09/17/21 | 30018 | JEN CROWLEY | Dividend of 33.359721389%, Claim No.4. Priority Wage Claim | 5300-000 | | 752.92 | 13,720.45 |
| 09/17/21 | 30019 | ALEX COLELLA | Dividend of 33.359721389%, Claim No.7. Priority Wage Claim - 7/29/20- Updated Address - see Docket #34 | 5300-000 | | 1,415.53 | 12,304.92 |
| 09/17/21 | 30020 | KATE SCOTT | Dividend of 33.359721389%, Claim No.9. Priority Wage Claim 1/20/21 - TR Filed NOM to modify and reduce priority claim - Docket #73 2/23/21 - Order Modifying & Reducing Claim to $1,733.54 - Docket #87 | 5300-000 | | 391.37 | 11,913.55 |
| 09/17/21 | 30021 | AMY WEAKS | Dividend of 33.359721389%, Claim No.10. Priority Wage Claim 1/20/21 - TR Filed NOM modify and reduce to priority claim - Docket #71 2/23/21 - Order Modifying & Reducing Claim to $4,546.48 - Docket #86 | 5300-000 | | 1,026.42 | 10,887.13 |

## Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
|---|---|---|---|---|
| Case Name: | Castle Academy Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******3175 - Checking |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/17/21 | 30022 | DEBORAH ENNIS | Dividend of 33.359721389%, Claim No.12. Priority Wage Claim<br>1/5/21 - TR Filed NOM Expunge Claim - Docket #59<br>2/22/21 - Amended PC filed for $4,312.88. Hrg on TR Objection to claim carried to 3/16/2021<br>4/1/21 - Consent Order Resolving Trustee's Objection to Claim-Docket #99 | 5300-000 | | 973.68 | 9,913.45 |
| 09/17/21 | 30023 | KAREN PEREZ | Dividend of 33.359721389%, Claim No.13. Priority Wage Claim | 5300-000 | | 726.95 | 9,186.50 |
| 09/17/21 | 30024 | SANDRA DICAPRIO | Dividend of 33.359721389%, Claim No.17. Priority Wage Claim | 5300-000 | | 675.03 | 8,511.47 |
| 09/17/21 | 30025 | JESSIE LIBERATORE-MAGUIRE | Dividend of 33.359721389%, Claim No.18. Priority Wage Claim | 5300-000 | | 891.76 | 7,619.71 |
| 09/17/21 | 30026 | PATRICIA MARTIN | Dividend of 33.359721389%, Claim No.25. Priority Wage Claim - No supporting docs - need full SSN#<br>1/20/21 - TR Filed NOM modify and reduce priority claim - Docket #69<br>2/23/21 - Order Modifying & Reducing Claim to $5,523.70 - Docket #85 | 5300-000 | | 1,247.04 | 6,372.67 |
| 09/17/21 | 30027 | Jade Berry | Dividend of 33.359721389%, Claim No.30. Wages - Late Claim - filed 4/21/2021 | 5300-000 | | 947.45 | 5,425.22 |
| 09/17/21 | 30028 | Maria Knapp | Dividend of 33.359721389%, Claim No.31. Priority Wage Claim per C/O filed - 5/21/2021-Docket #111 | 5300-000 | | 1,015.93 | 4,409.29 |

Page: 9

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
| --- | --- | --- | --- | --- |
| Case Name: | Castle Academy Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******3175 - Checking |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/20/21 | | To Account# XXXXXX0729 | transfer tax money to IRS | 9999-000 | | 4,409.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 103,768.16 | 103,768.16 | $0.00 |
| | | | Less: Bank Transfers | | 4,551.23 | 8,818.58 | |
| | | | **Subtotal** | | 99,216.93 | 94,949.58 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$99,216.93** | **$94,949.58** | |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 19-15110 JNP | | Trustee: | ANDREW SKLAR |
| --- | --- | --- | --- | --- |
| Case Name: | Castle Academy Inc | | Bank Name: | Signature Bank |
| | | | Account: | ******0729 - Tax Escrow Checking Acct |
| Taxpayer ID#: | **-***8268 | | Blanket Bond: | $29,766,019.00 (per case limit) |
| Period Ending: | 11/10/21 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/16/21 | | From Account# XXXXXX3175 | Transfer into tax escrow account | 9999-000 | 4,409.29 | | 4,409.29 |
| 09/17/21 | | To Account# XXXXXX3175 | transfer tax money back to main account for distribution purposes - checks will be voided and then returned to escrow account for payment to IRS | 9999-000 | | 4,409.29 | 0.00 |
| 09/20/21 | | From Account# XXXXXX3175 | transfer tax money to IRS | 9999-000 | 4,409.29 | | 4,409.29 |
| 09/21/21 | | Internal Revenue Service (Federal Withholding Ee) | payroll Tax Payment | 5300-000 | | 4,409.29 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| **ACCOUNT TOTALS** | | 8,818.58 | 8,818.58 | $0.00 |
| Less: Bank Transfers | | 8,818.58 | 4,409.29 | |
| **Subtotal** | | 0.00 | 4,409.29 | |
| Less: Payment to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$4,409.29** | |

| | | |
| --- | --- | --- |
| Net Receipts: | $99,766.93 |
| Plus Gross Adjustments: | 405,783.07 |
| Net Estate: | $505,550.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ********1389 | 0.00 | 0.00 | 0.00 |
| Checking # ******0729 | 0.00 | 4,409.29 | 0.00 |
| Checking # ******3175 | 99,216.93 | 94,949.58 | 0.00 |
| Checking # ******8768 | 0.00 | 408.06 | 0.00 |
| Checking # ******9266 | 550.00 | 0.00 | 0.00 |
| | $99,766.93 | $99,766.93 | $0.00 |